IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>ROYAL LOGGING, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:07cv853-MHT |

ORDER

It is ORDERED that the motion to sever and remand (Doc. No. 2) is set for submission, without oral argument, on October 19, 2007, with all briefs due by said date.

DONE, this the 26th day of September, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE