IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FLEMON FLOWERS,
    Plaintiff,

VS.                    CASE NO: 2:07-CV-00853-MHT

ROYAL LOGGING; J. H. ROYAL, JR.,
et al.,
    Defendants.

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Royal Logging, J. H. Royal, Jr., Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    __X__    This party is an individual, or

    _____    This party is a governmental entity, or

    _____    There are no entities to be reported, or

    _____    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Done this 3rd day of Oct, 2007.

By: _____
Attorney for Defendant Royal Logging,
J.H. Royal, Jr., et al.,

Of Counsel:
L. Merrill Shirley, Esq. (SHI008)
J. Doug Martin, Jr., Esq. (MAR124)
Griffin M. Shirley, Esq. (SHI032)
431 North Court Street
Post Office Box 408
Elba, Alabama 36323
(334) 897-5775

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on:

Davis L. Middlemas, Esq.
Attorney at Law
1740 Oxmoor Road, Suite 210
Birmingham, Alabama 35209

Harlan I. Prater, IV, Esq.
J. Chandler Bailey, Esq.
Enrique J. Gimenez, Esq.
Rachel M. Lary, Esq.
**LIGHTFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400 N. 20th Street
Birmingham, Alabama 35203-3200

by placing a copy of same in the United States Mail, postage prepaid and properly addressed, to the address set out above, on this the 3 day of October, 2007.

_____
Of Counsel