IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROYAL LOGGING, J. H. ROYAL, JR. et al, )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO. 2:07 CV853-MHT |

**DEFENDANT DEERE & COMPANY'S CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and the Court's General Order Miscellaneous Case No. 00-3047, Defendant Deere & Company submits this corporate disclosure and states as follows:

1. Deere & Company has no parent company.

2. There are no publicly held companies that own 10% or more of the stock of Deere & Company.

3. The following companies are subsidiaries or affiliates of Deere & Company as disclosed in its 2006 10-K Report:

Arrendadora John Deere S.A. de C.V.
Banco John Deere S.A.
Cameco do Brasil Comercial Ltda.
Chamberlain Holdings Limited
Deere Capital, Inc.
Deere Credit, Inc.
Deere Credit Services, Inc.
Deere Receivables Corporation
Farm Plan Corporation
FPC Financial fsb

FPC Receivables, Inc.
Geo Vantage, Inc.
Industrias John Deere Argentina S.A.
John Deere Agri Services, Inc.
John Dere Agricultural Holdings, Inc.
John Deere Bank, S.A.
John Deere Brasil Ltda.
John Deere Brasil Participacoes, Ltda.
John Deere Capital Corporation
John Dere Cash Management S.A.
John Deere Central Services GmbH
John Deere Coffeyville Works, Inc.
John Deere Commercial Worksite Products, Inc.
John Deere Construction & Forestry Co.
John Deere Construction Holdings, Inc.
John Deere Consumer Products, Inc.
John Deere Credit Company
John Deere Credit Inc.
John Deere Credit Limited
John Deere Credit Oy
John Deere Distribuidora de Titulos e Valores Mobiliarios Ltda.
John Deere Equipment Private Limited
John Deere Foreign Sales Corporation Limited
John Deere Forestry Group LLC
John Deere Funding Corporation
John Deere Iberica S.A.
John Deere India Private Limited
John Deere International GmbH
John Deere Jialian Harvester Company Ltd.
John Deere Landscapes, Inc.
John Deere Lanz Verwaltungs A.G.
John Deere Lawn & Grounds Care Holdings, Inc.
John Deere Leasing Company
John Deere Limited (Australia)
John Deere Limited (Canada)
John Deere Limited (Scotland)
John Deere Mexico, S.A. de C.V.
John Deere Polska Sp.Zo.o.
John Deere Receivables, Inc.
John Deere S.A. de C.V.
John Deere Thibodaux Works, Inc.
John Deere Tianjin International Trading Co. Ltd.
John Deere Torreon, S.A. de C.V.
Maschinenfabrik Kemper GmbH & Company KG
Motores John Deere S.A. de C.V.
Nortrax Inc.

Nortrax Investments, Inc.
The Vapormatic Company Limited
Waratah Forestry Equipment Canada Ltd.

        /s/ Rachel M. Lary
One of the Attorneys for Deere & Company

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Enrique J. Gimenez (GIM001)
Rachel M. Lary (LAR016)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Davis L. Middlemas
    1740 Oxmoor Road, Suite 210
    Birmingham, Alabama 35209

    L. Merrill Shirley
    J. Doug Martin, Jr.
    Griffin M. Shirley
    431 North Court Street
    P. O. Box 408
    Elba, Alabama 36323

        /s/ Rachel M. Lary
        OF COUNSEL