# IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL LOGGING, J. H. ROYAL, JR. et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:07 CV853-MHT<br>)<br>)<br>)<br>)<br>) |

## RULE 26 REPORT OF PARTIES PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 16, 2007, via telephone conference among the parties and was attended by:

**Davis Middlemas** for Plaintiff Flemon Flowers; **Harlan I. Prater, IV, and Rachel M. Lary** for Defendant Deere & Company; and **Merrill Shirley** for Defendant J.H. Royal, Jr. d/b/a Royal Logging.

1. <u>Pre-Discovery Disclosures</u>. The parties will exchange by **December 14, 2007,** the information required by Fed. R. Civ. P. 26(a)(1).

2. <u>Discovery Plan</u>. Discovery will be needed on the allegations in Plaintiff's Complaint, the defenses of Defendant, and Plaintiff's claimed damages. The parties jointly propose to the Court the following discovery plan:

    (a)    All discovery commenced in time to be completed by **March 13, 2008,** unless otherwise extended by all parties in writing.

    (b)    Maximum of twenty-five (25) interrogatories and thirty (30) requests for admissions by each party to any other party, with

          responses due thirty (30) days after service.

(c)     Maximum of forty (40) requests for production by each party to any other party, with responses due thirty (30) days after service.

(d)     Maximum of ten (10) depositions by Plaintiff and ten (10) by Defendant, unless otherwise enlarged in writing by agreement of the parties. This limitation does not apply to the depositions of experts designated by the parties. Each party may seek leave of court to take additional depositions.

(e)     Each deposition limited to a maximum of seven (7) hours unless extended by agreement of the parties.

(f)     Reports from retained experts under Rule 26(a)(2) due:

    1.     from Plaintiff by **January 3, 2008,** with the depositions of such expert(s) to be taken no later than **January 17, 2008;**

    2.     from Defendant by **February 14, 2008, or four weeks after plaintiff's expert(s)' report is disclosed,** with the depositions of such expert(s) to be taken no later than **February 28, 2008, or four weeks after plaintiff's expert(s)' is deposed.**

(g)     Supplementations under Rule 26(e) due within 30 days of receipt of information.

3. <u>Other Items</u>.

(a)     The parties do not request a conference with the Court before entry of the scheduling order.

(b) The parties request a pretrial conference on or before **June 25, 2008.**

(c) Plaintiff should be allowed until, **November 16, 2007,** to join additional parties and until **November 30, 2007**, to amend the pleadings. Defendant should be allowed until **December 14, 2007,** to join additional parties and until **December 28, 2007,** to amend the pleadings.

(d) All potentially dispositive motions should be filed by **March 27, 2008.**

(e) Settlement cannot be evaluated prior to **November 16, 2007**.

(f) Either party may ask the Court to amend or revise any portion of this Report of Parties' Meeting or any Scheduling Order entered by the Court.

(g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from Plaintiff: thirty (30) days before trial.

from Defendant: thirty (30) days before trial.

(h) Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(i) The case should be ready for trial by **July 23, 2008,** and at this time is expected to take approximately one week.

/s/ Rachel M. Lary
One of the Attorneys for Deere & Company

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Rachel M. Lary (LAR016)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

/s/ Davis Middlemas (by permission)
One of the Attorneys for Plaintiff Flemon Flowers

OF COUNSEL:
Davis L. Middlemas
ATTORNEY AT LAW, LLC
1740 Oxmoor Road, Suite 210
Birmingham, Alabama 35209

/s/ Merrill Shirley (by permission)
One of the Attorneys for Defendant J.H. Royal, Jr. d/b/a Royal Logging

OF COUNSEL:
L. Merrill Shirley
Griffin M. Shirley
L. MERRILL SHIRLEY, ATTORNEY AT LAW
431 North Court Street
P. O. Box 408
Elba, Alabama 36323