IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FLEMON FLOWERS,
    Plaintiff,

VS.

    CIVIL ACTION NO.: 2:07
    CV-853-MHT

ROYAL LOGGING; J. H. ROYAL, JR.,
et al.,
    Defendants.

**DEFENDANTS MOTION TO REMAND**
**PLAINTIFF'S WORKERS' COMPENSATION CLAIM**

Defendants Royal Logging and J.H. Royal, Jr., hereby moves this Court to remand Plaintiff Flemon Flowers claim against J.H. Royal, Jr., d/b/a Royal Logging for workers' compensation benefits arising under Ala. Code § 25-5-1, et seq. (1975) to the Circuit Court of Crenshaw County, Alabama. In support of this motion, said Defendants show the Court as follows:

1. Plaintiff originally filed this action on December 21, 2006, against J.H. Royal, Jr., d/b/a Royal Logging, his employer, in the Circuit Court of Crenshaw County, Alabama seeking a claim under the Workers' Compensation Act of Alabama.

2. Pursuant to 28 U.S.C. § 1445(c), "A civil action in any state court arising under the workmen's compensation laws of such state may not be removed to any district court of the United States."

3. The purpose of this statute was to **preclude** the excessive removal of workers' compensation actions which are not federal in nature and are intended by state laws to be decided by expedited and informal procedures within a specially prescribed compensation system. <u>Bryant v. Wausau Underwriters Ins., Co., et al.</u>, 2007 WL 115699 (M.D. Ala. April 18, 2007); <u>Lackey v. Gateway Homes, Inc.</u>, 944 F. Supp. 870 (N.D. Ala. 1996).

4. Pursuant to 28 U.S.C. § 1445 (c), the Plaintiff's original action against Defendant J.H. Royal, Jr., d/b/a Royal Logging for workers' compensation benefits arising under Ala. Code § 25-5-1, et seq. (1975) to the Circuit Court of Crenshaw County is to be remanded to the Circuit Court of Crenshaw County, Alabama.

WHEREFORE, Defendants Royal Logging and J. H. Royal, Jr., moves this Court to sever the worker's compensation action from the product liability action against John Deere and Company, and remand this worker's compensation claim to the Circuit Court of Crenshaw County, Alabama.

DONE this 14th day of November, 2007.

Doug Martin, JR.
Attorney for Defendants

Of Counsel:
L. Merrill Shirley, Esq. (SHI008)
J. Doug Martin, Jr., Esq. (MAR124)
Griffin M. Shirley, Esq. (SHI032)
431 North Court Street
Post Office Box 408
Elba, Alabama 36323
(334) 897-5775

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on:

Davis L. Middlemas, Esq.
1740 Oxmoor Road, Suite 210
Birmingham, Alabama 35209

Harlan I. Prater, IV, Esq.
J. Chandler Bailey, Esq.
Enrique J. Gimenez, Esq.
Rachel M. Lary, Esq.
**LIGHFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

by placing a copy of same in the United States Mail, postage prepaid and properly addressed, to the address set out above, on this the 14th day of Nov._____, 2007.

Doug Martin, JR.
Of Counsel

-3-