IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv853-MHT |
| ) | |
| JOHN DEERE AND COMPANY, )<br>) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to remand (Doc. No. 12) is denied as moot.

DONE, this the 26th day of November, 2007.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE