# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | CASE NO. |
| ) | 2:07-cv-00853-MHT |
| DEERE & COMPANY, INC., ) | |
| et al., ) | |
|     Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Flemon Flowers, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    __X__    This party is an individual, or
    ____    This party is a governmental entity, or
    ____    There are no entities to be reported, or
    ____    The following entities and their relationship to the Party are hereby reported:

| Reportable Entity | Relationship to |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Done this 7th day of December, 2007.

                                          s/*Davis L. Middlemas*
                                          Attorney for Plaintiff

Of Counsel:
Davis L. Middlemas
Attorney at Law, LLC
1740 Oxmoor Road
Ste. 210
Birmingham, AL 35209
205-380-0737
Davis@middlemaslaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above was served upon the following counsel via the CM/ECF system on this the 7th day of December, 2007.

        L. Merrill Shirley, Esq.
        431 North Court Street
        P.O. Box 408
        Elba, AL 36323

Harlan Prater
Lightfoot, Franklin & White, LLC
400 N. 20th Street
Birmingham, AL 35203

                                                s/*Davis L. Middlemas*
                                                OF COUNSEL