IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07 CV-853-MHT |
| | ) |
| DEERE & COMPANY, | ) |
| | ) |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, do hereby stipulate and agree that all of the claims asserted in the above-referenced matter are dismissed with prejudice, costs taxed as paid. This dismissal in no way affects the plaintiff's claims against any individuals or entities other than Deere & Company.

An Order of Dismissal is attached for the Court's convenience.

Dated this the 17th day of January, 2008.

/s/ Davis L. Middlemas
Attorney for the Plaintiff, Flemon Flowers

OF COUNSEL:
Davis L. Middlemas, Esq.
1740 Oxmoor Road, Suite 210
Birmingham, Alabama 35209
(205) 380-0737

/s/ Harlan I. Prater, IV
One of the Attorneys for Deere & Company

OF COUNSEL:
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Rachel M. Lary (LAR016)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 17th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Davis L. Middlemas, Esq.
1740 Oxmoor Road, Suite 210
Birmingham, Alabama 35209

                                                  /s/  Harlan I. Prater, IV
                                                  OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07 CV-853-MHT ) |
| DEERE & COMPANY, | ) ) ) |
| Defendant. | |

**ORDER**

This cause having come before the Court on the parties' Joint Stipulation of Dismissal, and the Court having considered same, it is hereby

ORDERED, ADJUDGED and DECREED that all claims asserted against defendants by plaintiff in this action are hereby DISMISSED with prejudice, each party to bear its own costs. This dismissal does not affect the plaintiff's claims against any individuals or entities other than Deere & Company.

DONE and ORDERED this the ____ day of January, 2008.

_____
United States District Judge