IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FLEMON FLOWERS,                ) | |
|                                    ) | |
|     Plaintiff,             ) | |
|                                    ) | CIVIL ACTION NO. |
|   v.                    ) | 2:07cv853-MHT |
|                                    ) | (WO) |
| JOHN DEERE AND COMPANY,    ) | |
|                                    ) | |
|     Defendant.             ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal with prejudice (Doc. No. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice, with costs taxed as paid. This dismissal in no way affects plaintiff's claims against any individuals or entities other than defendant Deere & Company.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of January, 2008.**

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**